**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

lcannon@seyfarth.com
T (212) 218-5618

www.seyfarth.com

July 16, 2024

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED.** The initial pretrial conference scheduled for July 24, 2024, is **ADJOURNED** to **August 28, 2024, at 4:10 P.M.** The parties shall file the conference materials by **August 21, 2024.**

Dated: July 17, 2024
        New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    **Fernandez v. Snapfish LLC, Case No. 1:24-cv-04214-LGS**

Dear Judge Schofield:

This firm represents Defendant Snapfish, LLC ("Defendant") in the above-referenced matter.  We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to request a 30-day adjournment of the parties' Initial Conference scheduled for June 24, 2024 and a corresponding extension of the parties' deadline to submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order.

By way of background, on June 5, 2024, the Court issued an Order setting an Initial Conference for July 24, 2024 at 4:10 PM and requiring the parties to submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order by July 17, 2024.  (ECF No. 5.) Defendant was served with a copy of the Summons and Complaint on June 11, 2024.  (ECF No. 6.)  On June 26, 2024, Defendant, with Plaintiff's consent, filed a letter motion to extend its responsive pleading deadline up to and including August 1, 2024, which was granted the following day.  (ECF Nos. 8-9.)  As a result, Defendant's current deadline to respond to the Complaint is August 1, 2024.

Defendant respectfully requests that the Initial Conference be adjourned by 30 days through August 23, 2024 and the pre-conference submission deadline be extended accordingly so as to allow the Parties to focus their efforts and resources on exploring a potential non-litigated resolution of this matter.  Plaintiff's counsel has consented to this extension.  This is Defendant's first request for an extension of this deadline.  The requested relief will not affect any other scheduled dates.

This application is being made in good faith and not to cause undue delay.  We thank the Court for its time and attention to this matter, and for its consideration of this application.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lotus Cannon*

Lotus Cannon

cc:      All counsel of record (via ECF)